# United States Bankruptcy Court
## Southern District of Texas Houston Division

In re, Neighbors Legacy Holdings, Inc etal)       Case No. 18-33836
     Chapter 11

     __SOHAIL ALAM__
     Plaintiff

     v.      Adv. Proc. No. 19-03442
     __Paul Alleyene, MD__

     Defendants

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: 551 Rusk, Houston, Texas 77002
Name and Address of Plaintiff's Attorney: Sohail Alam, 7505 Fannin, Suite 300, Houston, Texas 77054
If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

     Date 5-29-2019      Clerk of the Bankruptcy Court _____
     By: _____ Deputy Clerk

## Certificate of Service

My Name is Sohail Alam, and I hereby certify that on May 29, 2019, I served a true and correct copy of the foregoing Motion for Adversary Proceedings for Second Amended Declaratory Judgment for Fraud and Fraudulent Inducement against Neighbors Health, LLC, Neighbors, GP, LLC and EDMG, LLC, et,al by first class mail postage prepaid to the address listed as below:

Paul Alleyene, MD
c/o Mr. Millard A. Johnson
Johnson DeLuca Kurisky & Gould
1221 Lamar, Suite 1000
Houston, Texas 77010

     Under penalty of perjury, I declare that the foregoing is true and correct.

     Date 5-29-2019      Signature _____
     7505 Fannin, Houston, Texas 77054

# United States Bankruptcy Court
## Southern District of Texas Houston Division

| | |
|---|---|
| In re, Neighbors Legacy Holdings, Inc etal) | Case No. 18-33836 |
| | Chapter 11 |
| _____SOHAIL ALAM_____ | |
| Plaintiff | |
| v. | Adv. Proc. No. 19-03442 |
| _____Cyril Gillman, MD_____ | |
| Defendants | |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: 551 Rusk, Houston, Texas 77002
Name and Address of Plaintiff's Attorney: Sohail Alam, 7505 Fannin, Suite 300, Houston, Texas 77054
If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date 5-29-2019            Clerk of the Bankruptcy Court _____
                          By: _____ Deputy Clerk

### Certificate of Service

My Name is Sohail Alam, and I hereby certify that on May 29, 2019, I served a true and correct copy of the foregoing Motion for Adversary Proceedings for Second Amended Declaratory Judgment for Fraud and Fraudulent Inducement against Neighbors Health, LLC, Neighbors, GP, LLC and EDMG, LLC, et,al by first class mail postage prepaid to the address listed as below:

Cyril Gillman, MD
c/o Mr. Millard A. Johnson
Johnson DeLuca Kurisky & Gould
1221 Lamar, Suite 1000
Houston, Texas 77010

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 5-29-2019            Signature _____ [signature]
                          7505 Fannin, Houston, Texas 77054

# United States Bankruptcy Court
## Southern District of Texas Houston Division

In re, Neighbors Legacy Holdings, Inc etal)   Case No. 18-33836
                                              Chapter 11

      __SOHAIL ALAM__
      Plaintiff

     v.                              Adv. Proc. No. 19-03442
     __Hitesh Patel, MD__

     Defendants

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: 551 Rusk, Houston, Texas 77002
Name and Address of Plaintiff's Attorney: Sohail Alam, 7505 Fannin, Suite 300, Houston, Texas 77054
If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

    Date 5-29-2019                Clerk of the Bankruptcy Court _____
                                   By: _____ Deputy Clerk

### Certificate of Service

My Name is Sohail Alam, and I hereby certify that on May 29, 2019, I served a true and correct copy of the foregoing Motion for Adversary Proceedings for Second Amended Declaratory Judgment for Fraud and Fraudulent Inducement against Neighbors Health, LLC, Neighbors, GP, LLC and EDMG, LLC, et,al by first class mail postage prepaid to the address listed as below:

Hitesh Patel, MD
c/o Mr. James G. Munisteri
Foley Gardere
1000 Louisiana, Suite 1000
Houston, Texas 77002

    Under penalty of perjury, I declare that the foregoing is true and correct.

    Date 5-29-2019                Signature _____ /s/ Sohail Alam _____
                                   7505 Fannin, Houston, Texas 77054

# United States Bankruptcy Court
## Southern District of Texas Houston Division

In re, Neighbors Legacy Holdings, Inc etal)    Case No. 18-33836
                                                Chapter 11

      SOHAIL ALAM
      Plaintiff

      v.                                Adv. Proc. No. 19-03442
      Quang Henderson, MD

      Defendants

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: 551 Rusk, Houston, Texas 77002
Name and Address of Plaintiff's Attorney: Sohail Alam, 7505 Fannin, Suite 300, Houston, Texas 77054
If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date 5-29-2019          Clerk of the Bankruptcy Court _____
                        By: _____ Deputy Clerk

### Certificate of Service

My Name is Sohail Alam, and I hereby certify that on May 29, 2019, I served a true and correct copy of the foregoing Motion for Adversary Proceedings for Second Amended Declaratory Judgment for Fraud and Fraudulent Inducement against Neighbors Health, LLC, Neighbors, GP, LLC and EDMG, LLC, et,al by first class mail postage prepaid to the address listed as below:

Quang Henderson, MD
c/o Mr. James G. Munisteri
Foley Gardere
1000 Louisiana, Suite 1000
Houston, Texas 77002

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 5-29-2019          Signature _____
                        7505 Fannin, Houston, Texas 77054

## United States Bankruptcy Court
## Southern District of Texas Houston Division

In re, Neighbors Legacy Holdings, Inc etal)         Case No. 18-33836
                                                    Chapter 11
_____SOHAIL ALAM___
            Plaintiff


            v.                                      Adv. Proc. No. 19-03442
_____Andy Chen, MD_

            Defendants

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: 551 Rusk, Houston, Texas 77002
Name and Address of Plaintiff's Attorney: Sohail Alam, 7505 Fannin, Suite 300, Houston, Texas 77054
If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

        Date 5-29-2019                Clerk of the Bankruptcy Court _____
                                      By: _____ Deputy Clerk

### Certificate of Service

My Name is Sohail Alam, and I hereby certify that on May 29, 2019, I served a true and correct copy of the foregoing Motion for Adversary Proceedings for Second Amended Declaratory Judgment for Fraud and Fraudulent Inducement against Neighbors Health, LLC, Neighbors, GP, LLC and EDMG, LLC, et,al by first class mail postage prepaid to the address listed as below:

Andy Chen, MD
c/o Mr. James G. Munisteri
Foley Gardere
1000 Louisiana, Suite 1000
Houston, Texas 77002

        Under penalty of perjury, I declare that the foregoing is true and correct.

        Date 5-29-2019                Signature _____
                                      7505 Fannin, Houston, Texas 77054

## United States Bankruptcy Court
## Southern District of Texas Houston Division

In re, Neighbors Legacy Holdings, Inc etal)         Case No. 18-33836
                                                    Chapter 11

        SOHAIL ALAM
        Plaintiff

        v.                                  Adv. Proc. No. 19-03442
        Michael Chang, MD

        Defendants

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: 551 Rusk, Houston, Texas 77002
Name and Address of Plaintiff's Attorney: Sohail Alam, 7505 Fannin, Suite 300, Houston, Texas 77054
If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date 5-29-2019                     Clerk of the Bankruptcy Court _____
                                   By: _____ Deputy Clerk

### Certificate of Service

My Name is Sohail Alam, and I hereby certify that on May 29, 2019, I served a true and correct copy of the foregoing Motion for Adversary Proceedings for Second Amended Declaratory Judgment for Fraud and Fraudulent Inducement against Neighbors Health, LLC, Neighbors, GP, LLC and EDMG, LLC, et,al by first class mail postage prepaid to the address listed as below:

Michael Chang, MD
c/o Mr. James G. Munisteri
Foley Gardere
1000 Louisiana, Suite 1000
Houston, Texas 77002

    Under penalty of perjury, I declare that the foregoing is true and correct.

Date 5-29-2019                     Signature ___/s/ Sohail Alam___
                                   7505 Fannin, Houston, Texas 77054

# United States Bankruptcy Court
## Southern District of Texas Houston Division

In re, Neighbors Legacy Holdings, Inc etal)   Case No. 18-33836
                                              Chapter 11

      SOHAIL ALAM
      Plaintiff

      v.                                Adv. Proc. No. 19-03442
      Dharmesh Patel, MD

      Defendants

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: 551 Rusk, Houston, Texas 77002
Name and Address of Plaintiff's Attorney: Sohail Alam, 7505 Fannin, Suite 300, Houston, Texas 77054
If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date 5-29-2019                    Clerk of the Bankruptcy Court _____
                                  By: _____ Deputy Clerk

### Certificate of Service

My Name is Sohail Alam, and I hereby certify that on May 29, 2019, I served a true and correct copy of the foregoing Motion for Adversary Proceedings for Second Amended Declaratory Judgment for Fraud and Fraudulent Inducement against Neighbors Health, LLC, Neighbors, GP, LLC and EDMG, LLC, et,al by first class mail postage prepaid to the address listed as below:

Dharmesh Patel, MD
c/o Ms. Christi Mishew Lewis
Moyer Lewis & Patton
11767 Katy Freeway, Suite 990
Houston, Texas 77079

      Under penalty of perjury, I declare that the foregoing is true and correct.

Date 5-29-2019                    Signature _____
                                  7505 Fannin, Houston, Texas 77054

United States Bankruptcy Court
Southern District of Texas Houston Division

In re, Neighbors Legacy Holdings, Inc etal)            Case No. 18-33836
                                                       Chapter 11

    SOHAIL ALAM
    Plaintiff

   v.                                   Adv. Proc. No. 19-03442
    Setul Patel, MD

    Defendants

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: 551 Rusk, Houston, Texas 77002
Name and Address of Plaintiff's Attorney: Sohail Alam, 7505 Fannin, Suite 300, Houston, Texas 77054
If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

  Date 5-29-2019      Clerk of the Bankruptcy Court _____
              By: _____ Deputy Clerk

**Certificate of Service**

My Name is Sohail Alam, and I hereby certify that on May 29, 2019, I served a true and correct copy of the foregoing Motion for Adversary Proceedings for Second Amended Declaratory Judgment for Fraud and Fraudulent Inducement against Neighbors Health, LLC, Neighbors, GP, LLC and EDMG, LLC, et,al by first class mail postage prepaid to the address listed as below:

Setul Patel, MD
c/o Mr. Paul D. Flack
Pratt & Flack, LLP
4306 Yoakum Blvd, Suite 500
Houston, Texas 77006

  Under penalty of perjury, I declare that the foregoing is true and correct.

  Date 5-29-2019      Signature _____/s/ Sohail Alam_____
             7505 Fannin, Houston, Texas 77054